Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Conor P. White, Esq.
Texas Bar No. 24125722
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

SPECIAL COUNSEL FOR
SCOTT M. SEIDEL, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re:<br><br>JUPITER MARKETING & TRADING, LLC,<br><br> Debtor. | § § § § § § § | Case No. 19-32329-mvl-7<br><br>(Chapter 7) |
| SCOTT M. SEIDEL, TRUSTEE,<br><br> Plaintiff,<br><br>v.<br><br>WILDCATTER RECLAMATION, LLC,<br><br> Defendant. | § § § § § § § § § § § § | ADVERSARY PROCEEDING<br>NO: |

**TRUSTEE'S ORIGINAL COMPLAINT**

TO THE HONORABLE MICHELLE V. LARSON, U.S. BANKRUPTCY JUDGE:

COMES NOW Scott M. Seidel, Trustee (the "Trustee"), the trustee of Jupiter Marketing & Trading, LLC (the "Debtor"), the debtor in the above styled and numbered chapter 7 bankruptcy case (the "Bankruptcy Case"), and files this his *Trustee's Original Complaint* (the "Complaint"), and, for cause and action against Wildcatter Reclamation, LLC (the "Defendant"), would respectfully show as follows:

TRUSTEE'S ORIGINAL COMPLAINT—Page 1

## I.    PROCEDURAL BACKGROUND

1.    On July 12, 2019 (the "Petition Date"), various petitioning creditors filed an involuntary petition against the Debtor, thereby initiating the Bankruptcy Case and creating the Debtor's bankruptcy estate (the "Estate").

2.    The Court entered an order for relief on August 23, 2019.

3.    The Trustee is the duly appointed trustee of the Debtor and the Estate.

4.    The Court has jurisdiction over this Complaint under 28 U.S.C. § 1334. Such jurisdiction is core under 28 U.S.C. § 157(b)(2). To the extent that any matter in this Adversary Proceeding is not core, the Trustee consents to this Court's entry of a final judgment over any and all such matters. Venue of this Adversary Proceeding before this Court is proper under 28 U.S.C. §§ 1408 and 1409.

## II.    PARTIES

5.    The Trustee is the duly appointed Chapter 7 trustee of the Debtor and the Estate, and files this Complaint in such capacity only.

6.    Defendant Wildcatter Reclamation, LLC is a limited liability company organized and existing under the laws of the State of Texas. Pursuant to Federal Rule of Bankruptcy Procedure 7004(b), it may be served with process in this Adversary Proceeding by and through: (i) its registered agent as follows: Wildcatter Reclamation, LLC, c/o Capital Corporate Services, Inc., Registered Agent, 206 E. 9th St. Suite 1300, Austin, Texas 78701; and (ii) its manager as follows: Wildcatter Reclamation, LLC, c/o Ted Murphy, Manager, 5420 LBJ Freeway, Suite 850, Dallas, Texas 75240.

## III.    FACTS

7.    The Debtor is a Texas limited liability company. Formerly known as CMG Pipeline, LLC, the Debtor was incorporated in 2016.

8.  On September 28, 2017, the Debtor changed its name to Jupiter Marketing & Trading, LLC. Upon information and belief, this was done in order to transition the Debtor from a pipeline company into a crude oil marketing and trading company.

9.  At all times relevant to this Complaint, the Debtor, among other things, purchased, sold, and traded crude oil and other hydrocarbon products.

10. Upon information and belief, during the month of May, 2018, the Debtor sold to the Defendant, and the Defendant purchased from the Debtor, certain crude oil at Odessa Texas for which the Defendant was obligated to pay the Debtor $23,480.28, as evidenced by that certain invoice attached hereto as Exhibit "A" and incorporated herein (the "May Amounts").

11. Upon information and belief, during the month of July, 2018, the Debtor sold to the Defendant, and the Defendant purchased from the Debtor, certain crude oil at Mesa-Gail for which the Defendant was obligated to pay the Debtor $124,751.34, as evidenced by that certain invoice attached hereto as Exhibit "B" and incorporated herein (the "July Amounts").

12. Upon information and belief, during the month of August, 2018, the Debtor sold to the Defendant, and the Defendant purchased from the Debtor, certain crude oil at Mesa-Gail for which the Defendant was obligated to pay the Debtor $30,647.68, as evidenced by that certain invoice attached hereto as Exhibit "C" and incorporated herein (the "August Amounts").

13. The Defendant failed to pay the May Amounts, July Amounts, and the August Amounts, resulting in a present amount owing by the Defendant to the Debtor, and therefore to the Estate, of $178,879.30 (the "Unpaid Amounts").

14. The Debtor made written demand on the Defendant to pay the Unpaid Amounts on September 26, 2018. The Trustee made similar written demands on the Defendant to pay the Unpaid Amounts. Notwithstanding the same, the Defendant has failed to pay any of the Unpaid Amounts.

## IV. CAUSES OF ACTION

**COUNT 1:** **BREACH OF CONTRACT**

15. The Trustee incorporates his allegations above.

16. All rights of the Debtor, including with respect to the Unpaid Amounts, became property of the Estate on the Petition Date to be asserted exclusively by the Trustee for the Estate.

17. An agreement existed between the Debtor and the Defendant whereby the Debtor sold to the Defendant oil, and the Defendant agreed to pay the Debtor for such oil.

18. The Debtor sold such oil and otherwise performed its obligations under said agreement, and the Defendant took delivery of such oil in May, July, and August, 2018.

19. The Defendant failed to pay the Debtor for such May, July, and August, 2018, oil, thus breaching its agreement with the Debtor.

20. The Debtor, and therefore the Estate, have suffered resulting damages in the amount of the Unpaid Amounts.

21. All preconditions to a recovery of attorney's fees and costs having been satisfied, the Trustee is entitled, in addition to all damages, to his reasonable attorney's fees and expenses incurred herein, including under section 38.001 of the Texas Civil Practice and Remedies Code.

## V. PRAYER

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that the Defendant be summoned to appear and to answer this Complaint and that, upon a trial on the merits, he have judgment against the Defendant as follows:

a) money damages in the amount of $178,879.30;

b) reasonable attorney's fees and expenses incurred herein;

c) prejudgment interest as allowed by law;

d) postjudgment interest as allowed by law; and

e)   such other and further relief to which he is entitled at law or in equity.

RESPECTFULLY SUBMITTED this 9th day of June, 2022.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/  Davor Rukavina
Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Conor P. White, Esq.
Texas Bar No. 24125722
3800 Ross Tower
500 N. Akard Street
Dallas, Texas  75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: drukavina@munsch.com

**COUNSEL FOR SCOTT SEIDEL, CHAPTER 7 TRUSTEE**

# EXHIBIT A



**JUPITER MARKETING AND TRADING, LLC**
440 Louisiana, Suite 700
Houston, TX 77002

# Invoice

**Invoice to:**

| | |
|---|---|
| Company: | Wildcatter Reclamation, LLC |
| Attn: | Paul Valdez |
| Address: | 5420 LBJ Freeway Ste. 850 |
| City: | Dallas    State: TX    ZIP: 75240 |
| Phone: | 214-269-9905    FAX: |

| | |
|---|---|
| Date: | 8/21/2018 |
| Period: | May-18 |
| Ref: | WIL-JMT052018 |
| Due date: | Upon Receipt |

| Volume per Day | Volume per Month | Description | Net Price | TOTAL |
|---|---|---|---|---|
| 12.39 | 371.81 | Oil Sales At Odessa | 63.1513 | $23,480.28 |

| Ticket Number | Ticket Date | Net Volume |
|---|---|---|
| L14321 | 5/27/2018 | 185.5 |
| L14236 | 5/25/2018 | 161.73 |
| L14231 | 5/25/2018 | 24.58 |

| | |
|---|---|
| SubTotal | $23,480.28 |
| Total Due JMT | $23,480.28 |

*Wire to: Jupiter Marketing and Trading, LLC*
Receiving Bank: Frost Bank
ABA/Routing: 114000093
Account #: 578697787

Please direct all inquiries to Alishia Harris:  alishiaharris@jupitermlp.com   281-782-7106

# EXHIBIT B



JUPITER MARKETING AND TRADING, LLC
440 Louisiana, Suite 700
Houston, TX 77002

# Invoice

**Invoice to:**

| | | |
|---|---|---|
| Company: | Wildcatter Reclamation, LLC | |
| Attn: | Paul Valdez | |
| Address: | 5420 LBJ Freeway Ste. 850 | |
| City: | Dallas    State: TX    ZIP: 75240 | |
| Phone: | 214-269-9905    FAX: | |

| | |
|---|---|
| Date: | 8/21/2018 |
| Period: | Jul-18 |
| Ref: | WIL-JMT072018 |
| Due date: | Upon Receipt |

| Volume per Day | Volume per Month | Description | Net Price | TOTAL |
|---|---|---|---|---|
| 66.74 | 2,069.03 | Oil Sales to Mesa-Gall | 60.2946 | $124,751.34 |

| Prod Month | Ticket Number | Net Volume |
|---|---|---|
| 718 | 004057101 | 177.26 |
| 718 | 003210101 | 183.18 |
| 718 | 005320101 | 187.54 |
| 718 | 003397101 | 187.9 |
| 718 | 001601101 | 186.34 |
| 718 | 004374101 | 186.05 |
| 718 | 001602101 | 187.79 |
| 718 | 006404101 | 191.94 |
| 718 | 005505101 | 190.97 |
| 718 | 005888101 | 194.89 |
| 718 | 005688101 | 195.17 |

| | |
|---|---|
| SubTotal | $124,751.34 |
| Total Due JMT | $124,751.34 |

*Wire to: Jupiter Marketing and Trading, LLC*
Receiving Bank: Frost Bank
ABA/Routing: 114000093
Account #: 578697787

Alishia Harris:   alishiaharris@jupitermlp.com   281-782-7106

**EXHIBIT C**



**JUPITER MARKETING AND TRADING, LLC**
440 Louisiana, Suite 700
Houston, TX 77002

# Invoice

**Invoice to:**

| | | | | |
|---|---|---|---|---|
| Company: | Wildcatter Reclamation, LLC | | | |
| Attn: | Paul Valdez | | | |
| Address: | 5420 LBJ Freeway Ste. 850 | | | |
| City: | Dallas | State: TX | ZIP: 75240 | |
| Phone: | 214-269-9905 | FAX: | | |

| | |
|---|---|
| Date: | 9/17/2018 |
| Period: | Aug-18 |
| Ref: | WIL-JMT082018 |
| Due date: | 9/20/2018 |

| Volume per Day | Volume per Month | Description | Net Price | TOTAL |
|---|---|---|---|---|
| 18.21 | 564.52 | Oil Sales to Mesa-Gail | 54.2898 | $30,647.68 |

| Prod Month | Ticket Number | Ticket Date | Gravity | Gross Volume | Net Volume |
|---|---|---|---|---|---|
| 818 | 9844101 | 8/18/2018 | 66.4 | 182.91 | 182.91 |
| 818 | 8973103 | 8/16/2018 | 67.5 | 189.47 | 189.47 |
| 818 | 9511105 | 8/16/2018 | 67.6 | 192.14 | 192.14 |

| | |
|---|---|
| SubTotal | $30,647.68 |
| Total Due JMT | $30,647.68 |

*Wire to: Jupiter Marketing and Trading, LLC*
Receiving Bank: Frost Bank
ABA/Routing: 114000093
Account #: 578697787

Alishia Harris: alishiaharris@jupitermlp.com  281-782-7106