Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Conor P. White, Esq.
Texas Bar No. 24125722
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas  75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

SPECIAL COUNSEL FOR
SCOTT M. SEIDEL, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Case No. 19-32329-mvl-7 |
| JUPITER MARKETING & TRADING, LLC, | § § § | (Chapter 7) |
| Debtor. | § § | |
| | § § | |
| SCOTT M. SEIDEL, TRUSTEE, | § § § | |
| Plaintiff, | § § | ADVERSARY PROCEEDING NO: 22-03059-mvl |
| v. | § § | |
| WILDCATTER RECLAMATION, LLC, | § § § | |
| Defendant. | § | |

**TRUSTEE'S EXHIBIT LIST FOR AUGUST 23, 2022 HEARING**

TO THE HONORABLE MICHELLE V. LARSON, U.S. BANKRUPTCY JUDGE, AND TO ALL PARTIES:

Scott M. Seidel (the "Trustee"),  hereby submits this Exhibit List in connection with the

hearing to be held on **August 23, 2022, at 9:30 a.m.** (prevailing Central Time) (the "Hearing") to

consider the Trustee's Motion for Default Judgment Against Wildcatter Reclamation, LLC [Docket No. 11].

## EXHIBITS

The Trustee reserves all rights to introduce and/or request judicial notice of any or all of the following Exhibits as evidence at the Hearing, each as may be amended, and expressly including any filed responses thereto, and any exhibits, schedules, addenda, and any and all other attachments or amendments thereto and thereof. The Trustee reserves the right to amend or supplement this List as may be appropriate.

| No. | Description | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| A. | Demand Letter for Delinquent Payment from Kenneth Douglas, CFO of Jupiter Marketing & Trading, LLC Dated September 26, 2018 | | | | |
| B. | Invoice to Wildcatter Reclamation For the Period of May 2018, in the Amount of $23,480.28 | | | | |
| C. | Invoice to Wildcatter Reclamation For the Period of July 2018, in the Amount of $124,751.34 | | | | |
| D. | Invoice to Wildcatter Reclamation For the Period of August 2018, in the Amount of $30,647.68 | | | | |

Dated: August 22, 2022  Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Conor P. White*
  Davor Rukavina, Esq.
  Texas Bar No. 24030781
  Thomas D. Berghman, Esq.
  Texas Bar No. 24082683
  Conor P. White, Esq.
  Texas Bar No. 24125722
  3800 Ross Tower
  500 N. Akard Street
  Dallas, Texas 75201-6659
  Telephone: (214) 855-7500
  Facsimile: (214) 855-7584
  Email: drukavina@munsch.com

**COUNSEL FOR SCOTT SEIDEL, CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of August, 2022, I personally caused to be served a true and correct copy of the above and foregoing document, including all exhibits via US First Class mail for delivery upon:

Wildcatter Reclamation, LLC
ATTN: Ted Murphy, Manager; et al
5420 LBJ Freeway, Ste. 850
Dallas, Texas 75240

Capitol Corporate Services, LLC
Registered Agent of Wildcatter Reclamation, LLC
206 E. 9th St., Ste. 1300
Austin, Texas 78701

                                                                                                 By: */s/ Conor P. White*
                                                                                                  Conor P. White, Esq.